Fill in this information to identify the case:

Debtor 1  Lakita Renee Frazier

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  NORTHERN    District of  MISSISSIPPI
(State)

Case number  24-13963-JDW

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**  FREEDOM MORTGAGE CORPORATION      Court claim no. (if known)    15

**Last four digits** of any number you use to identify the debtor's account:    XXXXXX3326

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.  Date of the last notice:

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 2/13/2025, | (5) | $ 200.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other.  Specify:   Plan Review | 12/30/2024 | (11) | $ $100.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges         page 1

Document      Page 2 of 4

| Debtor 1 | Lakita Renee Frazier | | Case number (*if known*) | 24-13963-JDW |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 2:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Fanny Wan                         Date  04/01/2025
   Signature

Print:   Fanny                  Wan                Title  Authorized Agent
         First Name   Middle Name   Last Name

Company   McCalla Raymer Leibert Pierce, LLP

Address   1544 Old Alabama Road
          Number   Street
          Roswell            GA           30076
          City               State        ZIP Code

Contact phone   883-290-7452              Email  Fanny.Wan@mccalla.com

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page **2**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **In re:** | ) |
| | ) Case No. 24-13963-JDW |
| Lakita Renee Frazier | ) Chapter 13 |
| | ) |
| | ) **JUDGE:** Jason D. Woodard |

### **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Other | | | $100.00 |
| | 12/30/2024 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $100.00 |
| Bankruptcy/Proof of Claim Fees | | | $200.00 |
| | 02/13/2025 | Preparation and Filing of Proof of Claim | $200.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:  **$300.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 24-13963-JDW |
| Lakita Renee Frazier | Chapter: 13 |
| | Judge: Jason D. Woodard |

## CERTIFICATE OF SERVICE

I, Fanny Wan, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Lakita Renee Frazier
2232 Carlton Dr
Southaven, MS 38672

Thomas C. Rollins, Jr.          *(Served via ECF Notification)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Locke D. Barkley          *(Served via ECF Notification)*
6360 I-55 North
Suite 140
Jackson, MS 39211

U. S. Trustee          *(Served via ECF Notification)*
501 East Court Street, Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: __04/08/2025__    By:    __/s/Fanny Wan__
                (date)                            Fanny Wan
                                                  Authorized Agent for Creditor