# United States Bankruptcy Court
## Northern District of Mississippi

In re: **Lakita Renee Frazier**
Debtor(s)

Case No. **24-13963**
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **April 30, 2025**

**/s/ Lakita Renee Frazier**
**Lakita Renee Frazier**
Signature of Debtor

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108


American First Finance
Attn: Bankruptcy
3100 Olympus Blvd, Ste 300
Coppell, TX 75019


Avant/WebBank
222 North Lasalle Street
Suite 1600
Chicago, IL 60601


BMG Money
Attn: Bankruptcy
444 Brickell Avenue Suite 250
Miami, FL 33131


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


CashNet USA
175 W Jackson
Ste 1000
Chicago, IL 60604


Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179


Coast2Coast Lenders
Attn: Bankruptcy
2207 Concord Pike # 247
Wilmington, DE 19803


Complete Credit
Attn: Bankruptcy
2921 Brown Trail, Ste 100
Bedford, TX 76021

```
Couch Lambert LLC
3501 N Causeway Blvd
Suite 800
Metairie, LA 70002


Credence Resource
Attn: Bankruptcy
Po Box 2300
Southgate, MI 48195


FedEx Employee Credit
2731 Nonconnah Blvd
Memphis, TN 38132


Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054


Lending Club
Attn: Bankruptcy
595 Market St
San Francisco, CA 94105


Lvnv Funding
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603


Memphis City CU
4135 Elvis Presley Blvd,
Memphis, TN 38116


Mohela
633 Spirit Dr
Chesterfield, MO 63005


Oliphant Usa
1800 2nd St
Sarasota, FL 34236


Santander Consumer USA, Inc
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161
```

```
Self Financial Inc.
Attn: Bankruptcy
515 Congress Ave, Ste 1550
Austin, TX 78701


Spring Oaks Capital, Llc
Attn: Bankruptcy
P.O. Box 1216
Chesapeake, VA 23327


Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


TD Retail Card
Attn: Bankruptcy Department
1701 Marlton Pike East
Cherry Hill, NJ 08034


TitleMax***
3956 Jackson Ave.
Memphis, TN 38128


Tower Loan
Attn: Bankruptcy
Po Box 320001
Flowood, MS 39232
```