## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  Lakita Renee Frazier, Debtor          CASE NO. 24-13963-JDW
                                                                     CHAPTER 13

TO:    TRUSTEE:   Locke D. Barkely
       U. S. TRUSTEE: USTPRegion05.JA.ECF@usdoj.gov

       **ALL CREDITORS**
       A copy of the Court's mailing matrix is attached

### NOTICE OF AMENDMENT TO
### SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**YOU ARE HEREBY NOTIFIED** the above named debtor(s) has filed with the Bankruptcy Court an Amended Schedule C - Property Claimed as Exempt (see copy of Amended Schedule C attached).

**YOU ARE FURTHER NOTIFIED** that any objection or other response to the list of property claimed as exempt must be filed with the Clerk of the Court for the United States Bankruptcy Court; a copy thereof served to the United States Trustee, Case Trustee, and Counsel for the Debtor(s), within 30 days after the conclusion of the meeting of creditors or within 30 days after the filing of this notice of amendment, whichever is later.

Date: May 14, 2025              /s/ Thomas C. Rollins, Jr.
                                           *Thomas C. Rollins, Jr., Attorney for Debtor*

### CERTIFICATE OF SERVICE

On May 14, 2025, a copy of this notice and amended schedule was served on each of the persons listed on the above list either by United States Mail or via electronic service through the Court's CM/ECF system at the mailing addresses and/or email addresses indicated.

                                            /s/ Thomas C. Rollins, Jr.
                                            *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lakita** | **Renee** | **Frazier** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF MISSISSIPPI | | |
| Case number | 24-13963 | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt       4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2232 Carlton Dr Southaven, MS 38672  DeSoto County**<br>Line from *Schedule A/B*: **1.1** | $284,000.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-21 |
| **2020 Nissan Altima 136541 miles**<br>Line from *Schedule A/B*: **3.1** | $11,983.50 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-1(a) |
| **2007 \*\*\*Honda Accord 236,321 miles**<br>Line from *Schedule A/B*: **3.2** | $3,620.00 | ■ $994.08<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-1(a) |
| **Sofa $600**<br>**Loveseat $600**<br>**Small Appliances $50**<br>Line from *Schedule A/B*: **6.1** | $1,250.00 | ■ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-1(a) |
| **50 inch TV**<br>Line from *Schedule A/B*: **7.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-1(a) |

| Debtor 1 | Lakita Renee Frazier | | Case number (if known) | **24-13963** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ | $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Dog**<br>Line from *Schedule A/B*: **13.1** | $10.00 | ■ | $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $12.00 | ■ | $12.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **TSP**<br>Line from *Schedule A/B*: **21.1** | $300.00 | ☐<br>■ | <br>100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(e)** |
| **FERS**<br>Line from *Schedule A/B*: **21.2** | Unknown | ☐<br>■ | <br>100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(e)** |
| **State Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $5,000.00 | ■ | $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(k)** |
| **Federal Tax Refund**<br>Line from *Schedule A/B*: **28.2** | $5,000.00 | ■ | $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(j)** |
| **EIC**<br>Line from *Schedule A/B*: **28.3** | $5,000.00 | ■ | $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(i)** |
| **\*\*\*Potential personal injury claim for a car accident that occurred on or about January 22, 2025; no attorney hired to date; will supplement with further information provided to the standing chapter 13 trustee.**<br>Line from *Schedule A/B*: **33.1** | $0.00 | ■ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-17** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-13963-JDW |
|---|---|
| LAKITA RENEE FRAZIER | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 5/14/2025, I did cause a copy of the following documents, described below,

Notice of Amendment to Schedules

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/14/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-13963-JDW |
|---|---|
| LAKITA RENEE FRAZIER | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 5/14/2025, a copy of the following documents, described below,

Notice of Amendment to Schedules

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/14/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

  LABEL MATRIX FOR LOCAL NOTICING        ATT SERVICES INC                          (P)OLIPHANT USA LLC
05371                                    BY AIS INFOSOURCE LP AS AGENT             PO BOX 746411
CASE 24-13963-JDW                        KAREN CAVAGNARO ESQ                       ATLANTA GA 30374-6411
NORTHERN DISTRICT OF MISSISSIPPI         1 ATT WAY ROOM 3A104
ABERDEEN                                 BEDMINSTER NJ 07921-2693
WED MAY 14 14-20-07 CDT 2025



AFFIRM INC                               ALLY FINANCIAL                            ALLY FINANCIAL CO AIS PORTFOLIO
ATTN BANKRUPTCY                          AIS PORTFOLIO SERVICES LLC                SERVICES L
650 CALIFORNIA ST FL 12                  4515 N SANTA FE AVE DEPT APS              4515 N SANTA FE AVE DEPT APS
SAN FRANCISCO CA 94108-2716              OKLAHOMA CITY OK 73118-7901               OKLAHOMA CITY OK 73118-7901



AMERICAN FIRST FINANCE                   AVANTWEBBANK                              BMG MONEY
ATTN BANKRUPTCY                          222 NORTH LASALLE STREET                  ATTN BANKRUPTCY
3100 OLYMPUS BLVD STE 300                SUITE 1600                                444 BRICKELL AVENUE SUITE 250
COPPELL TX 75019-5472                    CHICAGO IL 60601-1112                     MIAMI FL 33131-2404



EXCLUDE
                                         CAPITAL ONE                               CASHNET USA
LOCKE D BARKLEY                          ATTN BANKRUPTCY                           175 W JACKSON
6360 I55 NORTH                           PO BOX 30285                              STE 1000
SUITE 140                                SALT LAKE CITY UT 84130-0285              CHICAGO IL 60604-2863
JACKSON MS 39211-2038



CITIBANKBEST BUY                         COAST2COAST LENDERS                       COMPLETE CREDIT
CITICORP CR SRVSCENTRALIZED BANKRUPTCY   ATTN BANKRUPTCY                           ATTN BANKRUPTCY
PO BOX 790040                            2207 CONCORD PIKE  247                    2921 BROWN TRAIL STE 100
ST LOUIS MO 63179-0040                   WILMINGTON DE 19803-2908                  BEDFORD TX 76021-4174



COMPLETE CREDIT SOL CO PERITUS           COUCH LAMBERT LLC                         CREDENCE RESOURCE
PORTFOLIO SV                             3501 N CAUSEWAY BLVD                      ATTN BANKRUPTCY
PO BOX 1149                              SUITE 800                                 PO BOX 2300
GRAPEVINE TX 76099-1149                  METAIRIE LA 70002-3625                    SOUTHGATE MI 48195-4300



                                                                                   DEBTOR
FEDEX EMPLOYEE CREDIT                    FINWISE BANK                              LAKITA RENEE FRAZIER
2731 NONCONNAH BLVD                      CO BECKET AND LEE LLP                     2232 CARLTON DR
MEMPHIS TN 38132-2110                    PO BOX 3002                               SOUTHAVEN MS 38672-9223
                                         MALVERN PA 19355-0702



FREEDOM MORTGAGE CORPORATION             FREEDOM MORTGAGE CORPORATION              GULFCO OF MISSISSIPPI LLC
ATTN BANKRUPTCY                          BANKRUPTCY DEPARTMENT                     PO BOX 320001
907 PLEASANT VALLEY AVE STE 3            11988 EXIT 5 PKWY BLDG 4                  FLOWOOD MS 39232-0001
MT LAUREL NJ 08054-1210                  FISHERS IN 46037-7939



INTERCOASTAL FINANCIAL LLC               (P)JEFFERSON CAPITAL SYSTEMS LLC          LVNV FUNDING LLC
7954 TRANSIT RD 136X                     PO BOX 7999                               RESURGENT CAPITAL SERVICES
WILLIAMSVILLE NY 14221-4117              SAINT CLOUD MN 56302-7999                 PO BOX 10587
                                                                                   GREENVILLE SC 29603-0587
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LENDING CLUB<br>ATTN BANKRUPTCY<br>595 MARKET ST<br>SAN FRANCISCO CA 94105-5839 | LENDINGCLUB BANK NA<br>PO BOX 884268<br>LOS ANGELES CA 90088-4268<br>GREENVILLE<br>SC 29603-0497 | LVNV FUNDING<br>ATTN BANKRUPTCY<br>PO BOX 10497 |
| (P)MCCALLA RAYMER LEIBERT PIERCE LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | MEMPHIS CITY CU<br>4135 ELVIS PRESLEY BLVD<br>MEMPHIS TN 38116-5826 | (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | ~~EXCLUDE~~<br>~~THOMAS C ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ |
| SANTANDER CONSUMER USA<br>1601 ELM ST SUITE 800<br>DALLAS TX 75201-7260 | SE EMERGENCY PHYSICIANS LLC<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 | SANTANDER CONSUMER USA INC<br>ATTN BANKRUPTCY<br>PO BOX 961245<br>FORT WORTH TX 76161-0244 |
| SELF FINANCIAL INC<br>ATTN BANKRUPTCY<br>515 CONGRESS AVE STE 1550<br>AUSTIN TX 78701-3539 | SPRING OAKS CAPITAL SPV LLC<br>PO BOX 1216<br>CHESAPEAKE VA 23327-1216 | (P)SPRING OAKS CAPITAL LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 |
| SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | TD RETAIL CARD<br>ATTN BANKRUPTCY DEPARTMENT<br>1701 MARLTON PIKE EAST<br>CHERRY HILL NJ 08003-2390 | TD RETAIL CARD SERVICES<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| TMX FINANCE OF MISSISSIPPI INC<br>15 BULL STREET SUITE 200<br>SAVANNAH GA 31401-2686 | (P)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 |

~~EXCLUDE~~

~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~