SO ORDERED,



Judge Jason D. Woodard
United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Lakita Renee Frazier, Debtor                    Case No. 24-13963-JDW
                                                          CHAPTER 13

### ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK #35 ), the Court, having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. The Confirmed Plan shall be modified to pay the debt due to TMX Finance of Tennessee, Inc. The claim shall be paid pursuant to the claim filed in the amount of $2,625.92 plus 10% interest. This Order binds those creditors and parties in interest that have been properly served. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists. Debtor must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 24-13963-JDW |
| Lakita Renee Frazier | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Jun 17, 2025 | Form ID: pdf0003 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lakita Renee Frazier, 2232 Carlton Dr, Southaven, MS 38672-9223 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 18 2025 02:02:06 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2025                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Karen A. Maxcy | on behalf of Creditor Freedom Mortgage Corporation km5@mccallaraymer.com  mccallaecf@ecf.courtdrive.com |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 2 of 2 |
| Date Rcvd: Jun 17, 2025 | Form ID: pdf0003 | Total Noticed: 2 |

Thomas C. Rollins, Jr.
   on behalf of Debtor Lakita Renee Frazier trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
   USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 4