B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Mississippi (Aberdeen)

In re Lakita Frazier _____,          Case No. 24-13963 _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Scolopax, LLC _____ | Intercoastal _____ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    Scolopax, LLC
    C/O WEINSTEIN & RILEY, P.S.
    749 GATEWAY, SUITE G-601
    ABILENE, TX 79602

Phone: (877) 332-3543 _____

Last Four Digits of Acct #: 9599 _____

Court Claim # (if known): 8 _____
Amount of Claim: $2,152.94 _____
Date Claim Filed: January 13, 2025 _____

Phone: _____
Last Four Digits of Acct #: 9599 _____

Name and Address where transferee payments should be sent (if different from above):

    Scolopax, LLC
    C/O WEINSTEIN & RILEY, P.S.
    P.O. BOX 93024
    Las Vegas, NV 89193-3024

Phone: (877) 332-3543 _____

Last Four Digits of Acct #: 9599 _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Jordan Morrison, Supervisor _____          Date: September 17, 2025 _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

48192531

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Transfer of Claim Other Than for Security was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on September 17, 2025:

Trustee via E-Filing                    Debtors' Counsel via E-Filing
LOCKE D BARKLEY                         THOMAS C ROLLINS JR
Ecf_lbarkley13@barkley13.com            trollins@therollinsfirm.com

/s/ Jordan Morrison, Supervisor
Jordan Morrison, Supervisor

48192531