B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Mississippi (Aberdeen)

In re <u>Lakita Renee Frazier</u>            ,    Case No. <u>24-13963</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Scolopax, LLC</u> | <u>BMG</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   Scolopax, LLC
   C/O WEINSTEIN & RILEY, P.S.
   749 GATEWAY, SUITE G-601
   ABILENE, TX 79602
Phone: <u>(877) 332-3543</u>
Last Four Digits of Acct #: <u>4115</u>

Court Claim # (if known): <u>6</u>
Amount of Claim: <u>$6,467.94</u>
Date Claim Filed: <u>January 7, 2025</u>

Phone: _____
Last Four Digits of Acct. #: <u>4115</u>

Name and Address where transferee payments should be sent (if different from above):
   Scolopax, LLC
   C/O WEINSTEIN & RILEY, P.S.
   P.O. BOX 93024
   Las Vegas, NV 89193-3024
Phone: <u>(877) 332-3543</u>
Last Four Digits of Acct #: <u>4115</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Jordan Morrison, Supervisor</u>    Date: <u>March 12, 2026</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

48230056

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Transfer of Claim Other Than for Security was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on March 12, 2026:

<u>Trustee via E-Filing</u>
LOCKE D BARKLEY
Ecf_lbarkley13@barkley13.com

<u>Debtors' Counsel via E-Filing</u>
THOMAS C ROLLINS JR
trollins@therollinsfirm.com

/s/ Jordan Morrison, Supervisor
Jordan Morrison, Supervisor

48230056