2100 B (12/15)

# United States Bankruptcy Court

Northern District of Mississippi
Case No. 24-13963-JDW
Chapter 13

In re: Debtor(s) (including Name and Address)

Lakita Renee Frazier
2232 Carlton Dr
Southaven MS 38672

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/12/2026.

Name and Address of Alleged Transferor(s):

Claim No. 6: BMG Money, Attn: Bankruptcy, 444 Brickell Avenue Suite 250, Miami, FL 33131

Name and Address of Transferee:

Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  03/15/26

David J. Puddister
**CLERK OF THE COURT**

United States Bankruptcy Court

Northern District of Mississippi

In re:  
Lakita Renee Frazier  
    Debtor

Case No. 24-13963-JDW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0537-1      User: autodocke      Page 1 of 2  
Date Rcvd: Mar 13, 2026      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**  
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4501526 | + Email/Text: bankruptcy@bmgmoney.com | Mar 14 2026 01:06:00 | BMG Money, Attn: Bankruptcy, 444 Brickell Avenue Suite 250, Miami, FL 33131-2404 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:

**Name**      **Email Address**

Karen A. Maxcy  
     on behalf of Creditor Freedom Mortgage Corporation km5@mccallaraymer.com mccallaecf@ecf.courtdrive.com

Locke D. Barkley  
     Ecf_lbarkley13@barkley13.com trusteeMSNB73@ecf.epiqsystems.com

Thomas C. Rollins, Jr.  
     on behalf of Debtor Lakita Renee Frazier trollins@therollinsfirm.com  
     jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee  
     USTPRegion05.AB.ECF@usdoj.gov

District/off: 0537-1 User: autodocke Page 2 of 2
Date Rcvd: Mar 13, 2026 Form ID: trc Total Noticed: 1
TOTAL: 4