B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF MISSISSIPPI

In re LAKITA RENEE FRAZIER                    Case No.  24-13963

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Quantum3 Group LLC as agent for Velocity Investments LLC | ACCELERATED INVENTORY MANAGEMENT, LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices  to
transferee should be sent:
Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788
Phone: (425) 242-7100

Court Claim # (if known): 5
Amount of Claim: 2,009.23
Date Claim Filed:  01/06/2025

Phone:

Last Four Digits of Acct #: 3757                    Last Four Digits of Acct #: 3757

Name and Address where transferee
payments should be sent (if different from
above):
Quantum3 Group LLC
PO Box 2489
Kirkland, WA 98083-2489

Phone: (425) 242-7100
Last Four Digits of Acct #: 3757

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Taylor Johnson                    Date: 06/04/2026
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*